UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                         Plaintiff,<br>- against -<br>DAVID CRAVEN and ALEXANDER J. CRAVEN,<br>                                       Defendants,<br>- and -<br>ANNA CRAVEN,<br>                                     Relief Defendant. | 1:15-cv-1820-JMF<br><br>NOTICE OF MOTION TO DISPOSE OF ASSETS COLLECTED IN PARTIAL SATISFACTION OF FINAL JUDGMENTS |

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Elizabeth Goody, Orders Freezing Assets (Docket Nos. 9, 21, 23, 37 and 39), the Final Judgments against defendant David Craven (Dkt. No. 39) and relief defendant Anna Craven (Docket No. 37), and upon and all previous papers filed and proceedings had for this matter, Plaintiff Securities and Exchange Commission (the "Commission") will move the Court, Honorable Jesse M. Furman, United States District Judge, Courtroom 1105, 40 Centre Street, New York, NY 10007, at a date and time to be determined by the Court, for an Order (1) allowing service of this motion by email; (2) directing the Clerk to transfer funds remaining in the Court's registry account for this matter to the Commission; (3) directing SunTrust Banks, Inc., Glendale Securities, Inc., and VillaDirect LLC to turn over funds frozen pursuant to the Orders Freezing Assets to the Commission; and (4) directing the Commission to remit these funds to the U.S. Treasury.

Dated:    New York, New York  
             March 22, 2018

s/ Elizabeth Reilly Goody  
ELIZABETH REILLY GOODY  
DAVID P. STOELTING  
Attorneys for Plaintiff  
Securities and Exchange Commission  
New York Regional Office  
200 Vesey Street, Room 400  
New York, NY 10281-1022  
Tel.:      212-336-0579  
E-mail:   goodye@sec.gov

TO:    David Craven  
         Anna Craven