```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/19/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                                        Plaintiff,

- against -

DAVID CRAVEN and ALEXANDER J. CRAVEN,

                                        Defendants,

- and -

ANNA CRAVEN,

                                        Relief Defendant.

15-CV-1820 (JMF)

**ORDER TO DISPOSE OF ASSETS COLLECTED IN PARTIAL SATISFACTION OF FINAL JUDGMENTS**

On March 22, 2018, the Securities and Exchange Commission filed a motion to dispose of assets collected in partial satisfaction of final judgments against David Craven, Alexander Craven, and Anna Craven entered on August 27, 2015. (*See* Docket Nos. 37-39). Defendants were given until April 16, 2018 to file any opposition to the Commission's motion. (Docket No. 44). They did not do so.

Having received no opposition to the motion, having reviewed Plaintiff's Motion to Dispose of Assets Collected in Partial Satisfaction of Final Judgments and supporting declaration, and for good cause shown, the Court ORDERS as follows:

    1.    The Commission's motion is GRANTED as unopposed.

    2.    SunTrust Banks, Inc. shall turn over to the Commission funds remaining in account 6236.

    3.    Glendale Securities, Inc. shall turn over to the Commission funds remaining in account 2412. Proceeds from the sale of any securities in the account shall also be turned over to the Commission.

    4.    VillaDirect LLC shall turn over to the Commission funds remaining on account for David and Anna Craven.

5. The Clerk of Court is directed to disburse to the Commission all amounts remaining in the Court's registry account for this matter, including interest, less any fees due to the Court.

6. Payment to the Commission may be made as follows:

   a. Electronically, wherein the Commission will provide detailed ACH transfer/Fedwire instructions upon request made to Disgorgement-Penalty@sec.gov and/or (202) 551-7940;

   b. Direct payment from a bank account via Pay.gov through the Commission's website at http://www.sec.gov/about/offices/ofm.htm; or

   c. By certified check, bank cashier's check, or United States postal money order, made payable to the Securities and Exchange Commission and setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Order. The funds may be hand-delivered or mailed to:

   Enterprise Services Center
   Accounts Receivable Branch
   HQ Bldg., Room 181, AMZ-341
   6500 South MacArthur Boulevard
   Oklahoma City, OK 73169

7. SunTrust, Glendale and VillaDirect shall simultaneously transmit photocopies of evidence of payment and case identifying information to Elizabeth Goody, Securities and Exchange Commission, New York Regional Office, 200 Vesey Street, Suite 400, New York, NY 10281.

8. The Commission shall remit the funds received pursuant to this Order to the United States Treasury.

9. The Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Order.


Dated: New York, New York
      April 19, 2018

                                      JESSE M. FURMAN
                                    United States District Judge